# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **CRAIG BJORK**, | Case No.: 6:19-cv-00981-CL |
| Plaintiff, | |
| v. | **SUPPLEMENTAL PRO BONO APPOINTMENT RESPONSE** |
| **COLETTE PETERS et al.**, | |
| Defendants. | |

I sincerely apologize to the Court for filing my response to the conditional pro bono appointment one day late. I have concluded, after careful reflection, that I do not currently have time to adequately represent the plaintiff in this case given my existing workload, including my pro bono representation of the plaintiff in *Carvajal-Echeagary v. Gulick*, No. 2:20-cv-00193-AA.

Dated: February 24, 2022

Respectfully submitted,

*/s/ Andrew R. Missel*
Andrew R. Missel
Oregon Bar # 181793
**ADVOCATES FOR THE WEST**
3701 SE Milwaukie Ave., Ste. B
Portland, OR 97202
(323) 383-8674
amissel@advocateswest.org